ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0153 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND<br>) PROPOSED ORDER THEREIN |
| vs. | ) |
| MARK CHARLES DEVRIES, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the Status Conference now set for Tuesday, June 27, 2006, at 9:00 a.m. be continued to Monday, July 31, 2006, 2006 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action

PDF created with pdfFactory trial version www.pdffactory.com

1   outweighs the best interest of the public and the

2   defendant in a speedy trial;

3   2.   Title 18, United States Code, Section 3161(h)(8)(ii) --

4   that it is unreasonable to expect adequate preparation for

5   pre-trial proceedings or for the trial itself with the

6   time limits established due to the complexity of the case.

7   Respectfully submitted,

8   Dated:  June 20, 2006

9

10   _____/s/ Anthony P. Capozzi_____
     Anthony P. Capozzi,

11   Attorney for Defendant,
     Mark Charles DeVries

12

13   Dated:  June 20, 2006

14

15   _____/s/ Stanley A. Boone_____
     Stanley A. Boone,

16   Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS SO ORDERED.   Good cause having been shown, the status conference now set for June 26, 2006, is vacated and is now scheduled for July 31, 2006 at 9:00 a.m.   Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  June _23__, 2006

                              /s/ OLIVER W. WANGER
                              Honorable Oliver W. Wanger,
                              U.S. District Court Judge

Stipulation to Continue
Case No. 06-0153 OWW

PDF created with pdfFactory trial version www.pdffactory.com