```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:   (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0153 OWW |
| Plaintiff, | NOTICE OF SUBSTITUTION OF ATTORNEYS |
| vs. | |
| MARK CHARLES DEVRIES, | |
| Defendant. | |

　　　PLEASE TAKE NOTICE that the Defendant, MARK CHARLES DEVRIES, hereby substitutes as his attorney of record, ANTHONY P. CAPOZZI, Law Offices of Anthony P. Capozzi, in the place of Francine Zepeda, of the Federal Defenders Office, for the above entitled case.

　　　The location and mailing address for the Law Offices of Anthony P. Capozzi is 1233 W. Shaw Avenue, Suite 102, Fresno, California 93711-3718.  Mr. Capozzi also may be contacted by telephone at (559) 221-0200, via facsimile at (559) 221-7997 or by e-mail at capozzilaw@aol.com.

Dated:  June 14, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark Charles DeVries
　　　　　　　　　　　　　　　　　　　　MARK CHARLES DEVRIES

Dated:  June 14, 2006

                                          /s/ Anthony P. Capozzi
                                      ANTHONY P. CAPOZZI
                                      Attorney for the Defendant,
                                      MARK CHARLES DEVRIES

Dated:  June 16, 2006

                                          /s/ Francine Zepeda
                                      FRANCINE ZEPEDA

## **ORDER**

IT IS SO ORDERED.  The Court Clerk's Office shall make note of the substitution of attorneys in the court file and shall forward all correspondence and pleadings to Mr. Anthony P. Capozzi, Esq., at the above address listed for the Law Offices of Anthony P. Capozzi.

                                                IT IS SO ORDERED.

**Dated:   June 23, 2006            /s/ Oliver W. Wanger**
emm0d6  UNITED STATES DISTRICT JUDGE