e
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0153 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREIN |
| vs. | ) |
| MARK CHARLES DEVRIES, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone that the Status Conference now set for Tuesday, October 3, 2006, at 9:00 a.m. be continued to Monday, October 16, 2006 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

    1.    Title 18, United States Code, Section 3161(h)(8)(A) --
        that the ends of justice served by taking such action

PDF created with pdfFactory trial version www.pdffactory.com

1         outweighs the best interest of the public and the
2         defendant in a speedy trial;
3   2.   Title 18, United States Code, Section 3161(h)(8)(ii) --
4         that it is unreasonable to expect adequate preparation for
5         pre-trial proceedings or for the trial itself with the
6         time limits established due to the complexity of the case.

                        Respectfully submitted,

Dated:   September 29, 2006

                        /s/ Anthony P. Capozzi
                      Anthony P. Capozzi,
                      Attorney for Defendant,
                      Mark Charles DeVries

Dated:   September 29, 2006

                        /s/ Stanley A. Boone
                      Stanley A. Boone,
                      Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the status conference now set for October 3, 2006, is vacated and is now scheduled for Monday, October 16, 2006 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  October _2_, 2006

                                                    /s/ Oliver W. Wanger
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com