1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   MARK CHARLES DEVRIES

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0153 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREIN |
| vs. | ) |
| MARK CHARLES DEVRIES, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone that the Motions Hearing now set for Monday, February 5, 2007, at 9:00 a.m. be continued to Monday, April 30, 2007 at 9:00 a.m.

   In addition, it is stipulated that the Motions schedule will be amended as follows:

         Motions due                    March 19, 2007

         Responses due                  April 18, 2007

PDF created with pdfFactory trial version www.pdffactory.com

1  It is further stipulated by the parties that any delay
2  resulting from this continuance shall be excluded on the following
3  basis:
4    1.  Title 18, United States Code, Section 3161(h)(8)(A) --
5        that the ends of justice served by taking such action
6        outweighs the best interest of the public and the
7        defendant in a speedy trial;
8    2.  Title 18, United States Code, Section 3161(h)(8)(ii) --
9        that it is unreasonable to expect adequate preparation for
10       pre-trial proceedings or for the trial itself with the
11       time limits established due to the complexity of the case.

Respectfully submitted,

Dated: January 30, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated: January 30, 2007

/s/ Stanley A. Boone
Stanley A. Boone,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Motions Hearing now set for February 5, 2007, is vacated and is now scheduled for Monday, April 30, 2007 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  January 31, 2007

                                                  /s/ Oliver W. Wanger
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com