**ANTHONY P. CAPOZZI, CSBN 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0153 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREIN |
| vs. | |
| MARK CHARLES DEVRIES, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone that the Motions Hearing now set for Monday, April 30, 2007, at 9:00 a.m. be continued to Monday, May 21, 2007 at 9:00 a.m.

In addition, it is stipulated that the Motions schedule will be amended as follows:

Motions due                April 16, 2007

Responses due              May 7, 2007

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

PDF created with pdfFactory trial version www.pdffactory.com

1.   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2.   Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: March 21, 2007

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated: March 21, 2007

    /s/ Stanley A. Boone
Stanley A. Boone,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Motions Hearing now set for April 30, 2007 is vacated and is now scheduled for Monday, May 21, 2007 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  March 22, 2007

/s/ Oliver W. Wanger

Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com