ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0153 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE |
| vs. | AND PROPOSED ORDER THEREIN |
| MARK CHARLES DEVRIES, | |
| Defendant. | |

    IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone that the Trial now set to begin on Tuesday, September 23, 2008 at 9:00 a.m. be continued to Tuesday, February 3, 2009 at 9:00 a.m.

    The motions schedule shall now be as follows:
        Motions due                    December 20, 2008
        Responses due               January 2, 2009

    It is also stipulated that the Trial Confirmation Hearing now scheduled for Tuesday, September 2, 2008 at 9:00 a.m. be continued to Monday, January 5, 2009 at 9:00 a.m.

    It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2.  Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  July 22, 2008

      /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated:  July 22, 2008

      /s/ Stanley A. Boone
Stanley A. Boone,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Trial scheduled to begin on Tuesday, September 23, 2008 is vacated and is now scheduled for Tuesday, February 3, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).


IT IS SO ORDERED.

**Dated:   July 23, 2008**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE