```
LAWRENCE G. BROWN
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,   )<br>  )<br>     v.    )<br>  )<br>MARK CHARLES DEVRIES,   )<br>  )<br>        Defendant.   )<br>_____ ) | No. 1:06-cr-00153 OWW<br><br>STIPULATION FOR CONTINUANCE AND<br>ORDER THEREON [CORRECTED] |

It is hereby stipulated between the defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and plaintiff the United States, by and through Assistant U.S. Attorney Mark J. McKeon, that the trial now set to begin on September 29, 2009, be continued to Wednesday, January 20, 2010, at 9:00 a.m.

The reason for this stipulation is that the previous prosecutor, Stanley Boone, has left the district for one year for an assignment at the Executive Office of United States Attorneys. As a result, this case has been reassigned to prosecutors Mark J. McKeon and James Terzian. Because of the complexity of the case, the new attorneys need additional time to become ready for trial. In addition, because of a conflict in the prosecutors' schedule between this trial and another previously scheduled trial, the

parties had previously agreed to stipulate to move the trial date in this case. Although the other case that caused the conflict has just resolved, the parties have relied upon the stipulation to schedule matters into the time originally set for trial in the present case. In addition, defense counsel had back surgery on June 12,2009 and has had complications. Additional surgery may be required within the next 30 to 60 days pending alternative treatment. He has been unable to prepare for trial under the circumstances and will need the extra time to prepare an adequate defense. Finally, the defense would like additional time to attempt to resolve the civil aspects of the defendant's tax situation before trial.

It is also stipulated that the motions-in-limine schedule shall now be as follows:

    Motions due                        December 4, 2009

    Response due                     December 9, 2009

It is also stipulated that the Trial Conformation Hearing now scheduled for August 17, 2009, at 9:00 a.m. be continued to Monday, December 14, 2009, at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) – that it is unreasonable to expect adequate preparation for

2

```
            pre-trial proceedings or for the trial itself within the
            time limits established due to the complexity of the case.
                                    Respectfully submitted,

Dated: August 13, 2009              /s/ Anthony P. Capozzi
                                    ANTHONY P. CAPOZZI
                                    Attorney for Defendant,
                                    Mark Charles DeVries


                                    LAWRENCE G. BROWN
                                    United States Attorney


Dated: August 13, 2009       By:    /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney
```

**ORDER**

**NO FURTHER CONTINUANCES.**

IT IS SO ORDERED.

**Dated:   August 14, 2009**               **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE