```
BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>         Plaintiff,                )<br>                                   )<br>    v.                             )<br>                                   )<br>                                   )<br>MARK CHARLES DEVRIES,              )<br>                                   )<br>         Defendant.                )<br>_____) | No. 1:06-cr-00153 OWW<br><br>STIPULATION FOR CONTINUANCE OF<br>BRIEFING SCHEDULE ON MOTIONS;<br>ORDER THERON |

It is hereby stipulated between the defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and plaintiff the United States, by and through Assistant U.S. Attorney Mark J. McKeon, that whereas the hearing date on the defendant's pending Motion to Strike and Motion for a Bill of Particulars has been continued from December 14, 2009 to January 4, 2009, the briefing schedule may be amended as follows:

//
//
//
//
//
//
//

1

|  | Old Date | New Date |
|---|---|---|
| Answering Brief | December 9, 2009 | December 30, 2009 |

Respectfully submitted,

Dated: December 10, 2009         /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,
Mark Charles DeVries


LAWRENCE G. BROWN
United States Attorney

Dated: December 10, 2009    By:   /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   December 10, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE