ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>          )<br>          Plaintiff,   )<br>          )<br>   vs.   )<br>          )<br> MARK CHARLES DEVRIES,   )<br>          )<br>          Defendant.   )  | Case No.: CR-F-06-0153 OWW<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Jury Trial now set to begin on Wednesday, January 20, 2010, at 9:00 a.m. be continued to Tuesday, February 17, 2010 at 9:00 a.m.

It is also stipulated that the Trial Confirmation and Motions Hearing now scheduled for Monday, January 4, 2010 at 9:00 a.m. be continued to Monday, February 1, 2010 at 9:00 a.m.

PDF created with pdfFactory trial version www.pdffactory.com

This request is based upon the following factors:

1. The attorneys have been discussing the extensive discovery in this case. Approximately 150 pages of the defendant's correspondence with the Internal Revenue Service was just recently re-issued to this attorney.

2. Additional records concerning the defendant's administrative file are available in the United States Attorney's office and need to be reviewed.

3. A Motion for a Bill of Particulars and a Motion to Strike Portions of the Indictment are currently pending before this court.

4. Both attorneys have researched the cases set for February 17, 2010, i.e. <u>United States v. Maldonado & Gacizar</u>, 09-CR-024 OWW and <u>United States v. Steven Young</u>, case number 08-CR-218 OWW. It appears that neither of the two cases will proceed to trial.

5. The additional time is needed for both attorneys to prepare for trial.

It is also stipulated that the Trial Confirmation and Motions Hearing now scheduled for Monday, January 4, 2010 at 9:00 a.m. be continued to Monday, February 1, 2010 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

PDF created with pdfFactory trial version www.pdffactory.com

2.   Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: December 22, 2009

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated: December 22, 2009

    /s/ Mark McKeon
Mark McKeon,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Trial Confirmation Hearing scheduled to begin on Monday, January 4, 2010 is vacated and is now scheduled for Monday, February 1, 2010 at 9:00 a.m.   The Jury Trial now scheduled to begin on Wednesday, January 20, 2010 is vacated and is now scheduled to begin on Tuesday, February 17, 2010 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  December 23, 2009

/s/ OLIVER W. WANGER
United States Senior District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com