BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00153 OWW |
| Plaintiff, ) | |
| ) | STIPULATION FOR CONTINUANCE AND |
| v. ) | PROPOSED ORDER THEREON |
| MARK CHARLES DEVRIES, ) | |
| Defendant. ) | |

It is hereby stipulated between the defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and plaintiff the United States of America, by and through Assistant U.S. Attorney Mark J. McKeon, that the jury trial now set to begin on Wednesday, February 17, 2010, be continued to Tuesday, May 4, 2010, at 9:00 a.m.

It is also stipulated that a further Trial Confirmation Hearing shall be scheduled for April 19, 2010, at 9:00 a.m.

The reason for this stipulation is that one of the assigned prosecutors, James Terzian, is leaving the United States Attorney's Office, and a new prosecutor is being assigned to assist at the trial. Because of the complexity of the case, the new prosecutor will need additional time to become ready for trial. It is further stipulated by the parties that any delay resulting from this

1

continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) – that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself within the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: February 5, 2010                 ___/s/ Anthony P. Capozzi___
                                        ANTHONY P. CAPOZZI
                                        Attorney for Defendant,
                                        Mark Charles DeVries


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 5, 2010      By:        ___/s/ Mark J. McKeon___
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   February 5, 2010**                  **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE