ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>      Plaintiff,      )<br>            )<br>   vs.         )<br>            )<br>MARK CHARLES DEVRIES,    )<br>            )<br>      Defendant.      ) | Case No.: CR-F-06-0153 OWW<br><br>STIPULATION FOR CONTINUANCE<br>AND ORDER THEREIN |

   IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Jury Trial now set to begin on Tuesday, May 4, 2010, at 9:00 a.m. be continued to Tuesday, May 11, 2010 at 9:00 a.m.

   The Trial Confirmation hearing shall remain on calendar for Monday, April 19, 2010.

   This request is made to allow time to gather additional information on behalf of both sides of this matter.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  April 15, 2010

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated:  April 15, 2010

    /s/ Mark McKeon
Mark McKeon,
Assistant U.S. Attorney

## **ORDER**

IT IS ORDERED. Good cause having been shown, the Jury Trial now scheduled to begin on Tuesday, May 4, 2010 shall commence on that date. Evidence will commence on May 7, 2010.

IT IS SO ORDERED.

Dated:   **April 20, 2010**              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE