

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA,

        Plaintiff,

        Case No. 1:06-cr-00153-OWW-1

v.

MARK CHARLES DEVRIES

        Defendant.

I,  Alan S. Richey, attorney for Mark Charles DeVries, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Alan S. Richey, Attorney at Law |
| Address: | P.O. Box 1505 |
| City: | Port Hadlock |
| State: | Washington   ZIP Code: 98339 |
| Voice Phone: | ( 360 ) 437-4005 |
| FAX Phone: | ( ) |
| Internet E-mail: | asratty@gmail.com |
| Additional E-mail: | |
| I reside in City: | Port Hadlock   State: Washington |

I was admitted to practice in the <u>Supreme Court of the State of Washington</u> (court) on <u>November 17, 2000</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: __Anthony P. Capozzi__

Firm Name: __Law Offices of Anthony P. Capozzi__

Address: __1233 W. Shaw Avenue, Suite 102__

_____

City: __Fresno__

State: __California__   ZIP Code: __93711__

Voice Phone: ( 559 ) 221-0200

FAX Phone: ( 559 ) 221-7997

E-mail: __abinger@comcast.net__

Dated: April 16, 2010    Petitioner: _[signature]_

IT IS SO ORDERED.

Dated:   **April 27, 2010**                             **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE