BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00153 OWW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER REGARDING |
| v. ) | INCOME AND EXPENSES FOR 1999, |
| ) | 2000 AND 2001 |
| MARK CHARLES DEVRIES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS STIPULATED by and between the United States and its attorney of record, Mark J. McKeon, and the defendant Mark Charles DeVries, through his attorney of record Anthony P. Capozzi, that

//
//
//
//
//
//
//
//
//
//
//

1

```
 1  the parties have agreed to the facts set forth on the attached
 2  Exhibit "A", which you should treat as having been proved.
 3  DATED: May 3, 2010              BENJAMIN B. WAGNER
                                    United States Attorney
 4
 5                                  By:    /s/ Mark J. McKeon
                                        MARK J. McKEON
 6                                      Assistant U.S. Attorney
 7
 8  DATED: May 3, 2010                    /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
 9                                      Attorney for Defendant,
                                        Mark Charles DeVries
10
11
12                                ORDER
13       IT IS SO APPROVED AND ORDERED.
14
15  DATED: May 4, 2010                /s/ OLIVER W. WANGER
                                      United States District Judge
```

2

<u>Exhibit "A"</u>

MARK C. DEVRIES
CALCULATION OF TAXABLE INCOME - MARRIED FILING SEPARATE
1999-2001

|  | **YEAR <u>1999</u>** | **YEAR <u>2000</u>** | **YEAR <u>2001</u>** |
|---|---:|---:|---:|
| **Income** | | | |
| Gross Receipts | 726,480 | 832,942 | 1,137,510 |
| Gross Rents | 18,521 | 32,478 | 737 |
| IRA Distributions | 8,474 | 0 | 0 |
| Capital Gains | 1,285 | 0 | 0 |
| *Total Income* | 754,760 | 865,420 | 1,138,247 |
| **Less** | | | |
| Community Property Allocation | 118,936 | 60,571 | 26,363 |
| Expenses | 493,868 | 732,507 | 1,020,073 |
| Payroll Taxes | Not Agreed | Not Agreed | Not Agreed |
| Depreciation Expenses | 19,802 | 11,771 | 8,699 |
| ½ Self Employment tax | Not Agreed | Not Agreed | Not Agreed |
| Standard Deductions | 3,600 | 3,675 | 3,800 |
| Exemption (Married 2) | Not Agreed | 5,600 | 5,800 |
| *Total Expenses* | Not Agreed | Not Agreed | Not Agreed |
| *Taxable Income* | Not Agreed | Not Agreed | Not Agreed |

3