BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK CHARLES DEVRIES,<br><br>    Defendant.<br>_____ | No. 1:06-cr-00153 OWW<br><br>STIPULATION AND ORDER REGARDING THE TESTIMONY OF THE CUSTODIAN OF RECORDS OF WELLS FARGO BANK |

   IT IS STIPULATED by and between the United States and its attorney of record, Mark J. McKeon, and the defendant Mark Charles DeVries, through his attorney of record Anthony P. Cappozi, that if called as a witness, the Custodian of Records of Wells Fargo Bank would testify that Exhibits 2-01, 2-02, 2-05 and 2-06 were:

   1)   made at or near the time of their recording from information transmitted by a person with knowledge of the event;

   2)   the memorandum, report, record or data compilation was kept in the course of a regularly conducted business activity; and

///
///
///
///

1

3)   it was the regular practice of Wells Fargo Bank to make the memorandum, report, record or data compilation reflected in Exhibits 2-01, 2-02, 2-05 and 2-06.

DATED: April 30, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Mark J. McKeon
                                         MARK J. McKEON
                                         Assistant U.S. Attorney


DATED: April 30, 2010                    /s/ Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorney for Defendant,
                                         Mark Charles DeVries


ORDER

IT IS SO APPROVED AND ORDERED.

DATED: May 4, 2010                       /s/ OLIVER W. WANGER
                                         United States District Court Judge

2