```
BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00153 OWW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER REGARDING |
| v. ) | THE TESTIMONY OF THE CUSTODIAN |
| ) | OF RECORDS OF BANKS |
| MARK CHARLES DEVRIES, ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS STIPULATED by and between the United States and its attorney of record, Mark J. McKeon, and the defendant Mark Charles DeVries, through his attorney of record Anthony P. Capozzi, that if called as a witness, the Custodian of Records of the Banks named on Attachment "A" would testify that bank records for the accounts identified on Attachment "A" (including signature cards, deposits, withdrawals, checks, and banking statements) were:

   1)   made at or near the time of their recording from information transmitted by a person with knowledge of the event;

   2)   the memorandum, report, record or data compilation was kept in the course of a regularly conducted business activity; and

///

///

1

3)   it was the regular practice of the bank to make such a memorandum, report, record or data compilation reflected in Exhibits 3-01 and 3-02.

DATED: May 4, 2010                    BENJAMIN B. WAGNER
                                      United States Attorney


                                  By:    /s/ Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant U.S. Attorney


DATED: May 4, 2010                       /s/ Anthony P. Capozzi
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant,
                                      Mark Charles DeVries


## ORDER

IT IS SO APPROVED AND ORDERED.

DATED: May 6, 2010                     /s/ OLIVER W. WANGER
                                      United Stated District Court Judge

2