BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>MARK CHARLES DEVRIES,<br><br>       Defendant.<br>_____ | No. 1:06-cr-00153 OWW<br><br>STIPULATION AND ORDER REGARDING INCOME AND EXPENSES FOR 1999, 2000 AND 2001 **[AMENDED]** |

IT IS STIPULATED by and between the United States and its attorney of record, Mark J. McKeon, and the defendant Mark Charles DeVries, through his attorney of record Anthony P. Capozzi, that the parties have agreed to the facts set forth on the attached Exhibit "A", which you should treat as having been proved.

DATED: May 4, 2010         BENJAMIN B. WAGNER
                           United States Attorney
                      By:  /s/ Mark J. McKeon
                           MARK J. McKEON
                           Assistant U.S. Attorney


DATED: May 4, 2010            /s/ Anthony P. Capozzi
                           ANTHONY P. CAPOZZI
                           Attorney for Defendant,
                           Mark Charles DeVries

1

## ORDER

IT IS SO APPROVED AND ORDERED.

DATED: May 6, 2010                    /s/ OLIVER W. WANGER
                                      United Stated District Court Judge

<u>Exhibit "A"</u>

MARK C. DEVRIES
CALCULATION OF TAXABLE INCOME - MARRIED FILING SEPARATE
1999-2001

|  | **YEAR <u>1999</u>** | **YEAR <u>2000</u>** | **YEAR <u>2001</u>** |
|---|---:|---:|---:|
| **Income** | | | |
| Gross Receipts | 726,480 | 832,942 | 1,137,510 |
| Gross Rents | 18,521 | 32,478 | 737 |
| IRA Distributions | 8,474 | 0 | 0 |
| Capital Gains | 1,285 | 0 | 0 |
| *Total Income* | 754,760 | 865,420 | 1,138,247 |
| **Less** | | | |
| Community Property Allocation | Not Agreed | Not Agreed | Not Agreed |
| Expenses | 493,868 | 732,507 | 1,020,073 |
| Payroll Taxes | Not Agreed | Not Agreed | Not Agreed |
| Depreciation Expenses | 19,802 | 11,771 | 8,699 |
| ½ Self Employment tax | Not Agreed | Not Agreed | Not Agreed |
| Standard Deductions | 3,600 | 3,675 | 3,800 |
| Exemption (Married 2) | Not Agreed | 5,600 | 5,800 |
| *Total Expenses* | Not Agreed | Not Agreed | Not Agreed |
| *Taxable Income* | Not Agreed | Not Agreed | Not Agreed |