ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

MARK CHARLES DEVRIES,

        Defendant.

Case No.: CR-F-06-0153 OWW

STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN

    IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Sentencing Hearing now set to begin on Monday, August 30, 2010, at 1:30 p.m. be continued to Monday, October 18, 2010 at 1:30 p.m.

/ / /

/ / /

/ / /

This request is made to allow time to gather additional information on behalf of both sides of this matter.

Respectfully submitted,

Dated:  August 26, 2010

      /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated:  August 26, 2010

      /s/ Mark McKeon
Mark McKeon,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now scheduled to begin on Monday, August 30, 2010 is vacated and is now scheduled to begin on Monday, October 18, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **August 26, 2010**　　　　　**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE