ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0153 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER THEREON |
| vs. | |
| MARK CHARLES DEVRIES, | |
| Defendant. | |

 IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Sentencing Hearing now set to begin on Monday, October 18, 2010, at 1:30 p.m. be continued to Monday, November 22, 2010 at 1:30 p.m.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This request is made to allow time to gather additional information on behalf of both sides of this matter.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: October 14, 2010

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated: October 14, 2010

/s/ Mark McKeon
Mark McKeon,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now scheduled to begin on Monday, October 18, 2010 is vacated and is now scheduled to begin on Monday, November 22, 2010 at 1:30 p.m.

Date: October 15, 2010                    /s/ OLIVER W. WANGER
                                        Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com