ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:06-cr-00153 OWW |
| Plaintiff, | ) |
| vs. | ) STIPULATION FOR CONTINUANCE |
| | ) OF SENTENCING HEARING AND |
| MARK CHARLES DEVRIES, | ) ORDER THEREON |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Sentencing Hearing now set to begin on Monday, January 10, 2011, at 1:30 p.m. be continued to Monday, January 24, 2011 at 1:30 p.m.

/ / /

 / / /

/ / /

This request is made because Mr. Capozzi has been scheduled for oral arguments before the Ninth circuit Court of Appeals on January 10, 2011.

Respectfully submitted,

Dated:  December 6, 2010

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated:  December 6, 2010

    /s/ Mark McKeon
Mark McKeon,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now scheduled to begin on Monday, January 10, 2011 is vacated and is now scheduled to begin on Monday, January 24, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **December 6, 2010**       **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE