ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:06-cr-00153 OWW |
| Plaintiff, | ) |
| | ) STIPULATION FOR CONTINUANCE |
| vs. | ) AND ORDER THEREON |
| | ) |
| MARK CHARLES DEVRIES, | ) |
| Defendant. | ) |
| | ) |

　　　　IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Sentencing Hearing now set to begin on Monday, January 24, 2011, at 1:30 p.m. be continued to Monday, April 4, 2011 at 1:30 p.m.

　　　　This request is based upon the fact that Mr. Capozzi has requested authorization for the use of an expert for the Sentencing hearings in this matter.   As of this date, no response has been received regarding that request.  Further, upon approval of the expert request, Mr. Capozzi and the Defendant, MARK CHARLES DEVRIES, will need

Page 1

Stipulation to Continue
Case No. 06-0153 OWW

PDF created with pdfFactory trial version www.pdffactory.com

additional time to work with the expert to prepare for the Sentencing Hearing in this matter.

                                                **Respectfully submitted,**

**Dated: January 13, 2011**

                                                **/s/ Anthony P. Capozzi**
                                                **Anthony P. Capozzi,**
                                                **Attorney for Defendant,**
                                                **Mark Charles DeVries**

**Dated: January 13, 2011**

                                                **/s/ Mark McKeon**
                                                **Mark McKeon,**
                                                **Assistant U.S. Attorney**

## ORDER

    **IT IS SO ORDERED.** Good cause having been shown, the Sentencing Hearing now scheduled to begin on Monday, January 24, 2011 is vacated and is now scheduled to begin on Monday, April 4, 2011 at 1:30 p.m.

**Dated: January 14, 2011**             **/s/ OLIVER W. WANGER**
                                           **United States District Judge**

PDF created with pdfFactory trial version www.pdffactory.com