ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK CHARLES DEVRIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.: 1:06-cr-00153 OWW |
| Plaintiff,     ) | |
| ) | STIPULATION FOR CONTINUANCE |
| vs.     ) | AND ORDER THEREON |
| ) | |
| MARK CHARLES DEVRIES,          ) | |
| Defendant.     ) | |

  IT IS HEREBY STIPULATED between the Defendant, MARK CHARLES DEVRIES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Mark McKeon that the Sentencing Hearing now set to begin on Monday, April 4, 2011, at 1:30 p.m. be continued to Monday, April 18, 2011 at 1:30 p.m.

  This request is based upon the fact that Mr. Capozzi has been in trial in the Madera County Superior Court of California for the past four weeks and will still be in trial on April 4, 2011.

  ///

Respectfully submitted,

Dated: March 30, 2011

     /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Charles DeVries

Dated: March 30, 2011

     /s/ Mark McKeon
Mark McKeon,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing now scheduled to begin on Monday, April 4, 2011 is vacated and is now scheduled to begin on Monday, April 18, 2011 at 1:30 p.m.

DATED: March 31, 2011.

     /s/ Oliver W. Wanger
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE