```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ MARK J. McKEON
   │ Assistant U.S. Attorney
 3 │ 2500 Tulare Street, Suite 4401
   │ Fresno, California 93721
 4 │ Telephone: (559) 497-4000
 5 │
   │            IN THE UNITED STATES DISTRICT COURT FOR THE
 6 │
   │                    EASTERN DISTRICT OF CALIFORNIA
 7 │
 8 │
   │ UNITED STATES OF AMERICA,      )  No. 1:06-cr-00153 OWW
 9 │                                )
   │           Plaintiff,           )
10 │                                )  STIPULATION AND ORDER FOR
   │      v.                        )  CONTINUANCE OF SENTENCING
11 │                                )
   │ MARK CHARLES DEVRIES,          )
12 │                                )
   │           Defendant.           )
13 │ _____  )
14 │
15 │      It is hereby stipulated between the defendant, MARK CHARLES
16 │ DEVRIES, by and through his attorney of record, Anthony P.
17 │ Capozzi, and plaintiff the United States, by and through Assistant
18 │ U.S. Attorney Mark J. McKeon, that the sentencing hearing in this
19 │ matter, presently set for May 2, 2011, may be continued to **May 16,**
20 │ **2011, at 1:30**.
21 │      The reason for this request is that counsel for the
22 │ government is unavailable on May 2, 2011, because he is in trial
23 │ that day in another matter before the Hon. Lawrence J. O'Neill. In
24 │ addition, on April 28, 2011, the defendant filed additional
25 │ objections to the Presentence Report, and counsel for the
26 │ //
27 │ //
28 │ //
```

government and the probation office need sufficient time to respond to the additional objections.

Respectfully submitted,

Dated: April 29, 2011                      /s/ Anthony P. Capozzi
                                           ANTHONY P. CAPOZZI
                                           Attorney for Defendant,
                                           Mark Charles DeVries


                                           BENJAMIN B. WAGNER
                                           United States Attorney

Dated: April 29, 2011            By:       /s/ Mark J. McKeon
                                           MARK J. McKEON
                                           Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: April 29, 2011                      /s/ OLIVER W. WANGER
                                           U.S. District Court Judge

2