```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant, MARK DeVRIES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06-CR-0153 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO AMEND |
| ) | JUDGMENT IN A CRIMINAL CASE TO |
| vs. ) | INCLUDE SECONDARY DESIGNATION |
| ) | RECOMMENDATION |
| MARK CHARLES DeVRIES ) | |
| ) | |
| Defendant ) | |
| _____) | CTRM: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties that the Judgment imposed in this case on August 1, 2011 be amended to include secondary designation recommendations as follows:

"The Court makes the following recommendations to the Bureau of Prisons: Institutional recommendation of Taft, California and if not available Lompoc, California and if not available, Atwater, California."

Good cause exists for this request because the Defendant received notice on August 22, 2011, from the U.S. Marshal's Service that he is to self-surrender on September 15, 2011, to Tuscon USP SCP. The Judgment contained a court recommendation for Taft, California. On August 24, 2011, Attorney Eric K. Fogderude

---

spoke with a representative of the U.S. Bureau of Prisons and was advised that the Bureau attempts to place the defendants within a five hundred mile radius of their homes, however, there was probably no current openings at the institution at Taft, California and therefore, defense counsel might consider seeking an amendment of the Judgment to provide for other institutions within the five hundred mile radius.

The institutions located at Lompoc and Atwater, California are within a five hundred mile radius of the defendant's residence. The defendant has elderly relatives who will wish to visit him while he serves his sentence, however, because of their health limitations, they can only do so if he is housed closer to home, such as in Taft, Lompoc or Atwater, California.

The United States Attorney's office is not opposed to this request.

Dated: August 26, 2011     Respectfully sumbitted,
                           FLETCHER & FOGDERUDE, INC.


                            /s/ Eric K. Fogderude
                           ERIC K. FOGDERUDE, Attorney for
                           Defendant, MARK CHARLES DeVRIES


Dated: August 26, 2011     U.S. ATTORNEYS OFFICE

                            /s/ Mark J. McKeon
                           Assistant U.S. Attorney, MARK J. McKEON

///
///
///
///
///

**ORDER**

The Court has received the requested Stipulation and finds that good cause exists for the request to amend the judgment as follows:

"The Court makes the following recommendation to the Bureau of Prisons: Institutional recommendation Taft, California, and if not available Lompoc, California, and if not available, Atwater, California."

IT IS SO ORDERED.

**Dated:   August 29, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE